IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Unitherm Food Systems, Inc. | Civil File No. 14-cv-4034 (JNE/BRT) |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO COMPEL** |
| Hormel Foods Corporation; and Hormel Food Corporate Services, LLC, | |
| Defendants. | |

Plaintiff Unitherm Food Systems, Inc. moves for an Order compelling Defendants Hormel Foods Corporation and Hormel Food Corporate Services, LLC, to present Jeffrey Ettinger for deposition. This Motion is based on Rules 26, 30, and 37 of the Federal Rules of Civil Procedure, and the facts, arguments, and law set forth in the accompanying Memorandum of Law and supporting declaration.

                                                          **BASSFORD REMELE**
                                                          *A Professional Association*

Date:  October 1, 2015              By s/ Mark R. Bradford
                                                     Edward F. Fox (MN #003132X)
                                                     Mark R. Bradford (MN #335940)
                                                     Jeffrey R. Mulder (MN #0389205)
                                                     33 South Sixth Street, Suite 3800
                                                     Minneapolis, MN 55402-3707
                                                     Telephone:  (612) 333-3000
                                                     Facsimile:  (612) 333-8829
                                                     Email:  efox@bassford.com
                                                                mbradford@bassford.com
                                                                jmulder@bassford.com
                                                   AND

**Johnson & Jones, P.C.**
J. Christopher Davis (admitted *pro hac vice*)
Paul Kingsolver (admitted *pro hac vice*)
Jonathan D. Cartledge (admitted *pro hac vice*)
2200 Bank of America Center
15 West Sixth Street
Tulsa, OK 74119-5416
Telephone:  (918) 584-6644
Facsimile:  (888) 789-0940
Email:  cdavis@johnson-jones.com
            pkingsolver@johnson-jones.com
            jcartledge@johnson-jones.com

*Attorneys for Plaintiff Unitherm Food Systems, Inc.*